

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00096-CR

### EX PARTE JOHN DAVID RUSSELL

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Court Cause No. 27,884

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

July 15, 2021